**M3GIRL DESIGNS, L.L.C., a Texas Limited Liability Company, Plaintiff–Appellant,**

v.

**BLUE BROWNIES, L.L.C., an Arkansas Limited Liability Company; Krista Dudte, an individual residing in Arkansas; Robert Dudte, Defendants–Appellees.**

**Nos. 13–10112, 13–10182.**

United States Court of Appeals, Fifth Circuit.

May 6, 2014.

D. Scott Hemingway, Hemingway & Hansen, L.L.P., Dallas, TX, for Plaintiff–Appellant.

Charles W. Hanor, Hanor Law Firm, P.C., Bernie Ross Kray, Allan, Nava & Glander, P.L.L.C., San Antonio, TX, George L. Lankford, Martin, Disiere, Jefferson & Wisdom, L.L.P., Don David Martinson, Fanning Harper Martinson Brandt & Kutchin, P.C., Dallas, TX, for Defendants–Appellees.

Before OWEN, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.